UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE PARK,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 19-cv-01254-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Dale Park filed this case on March 7, 2019. Defendant filed an answer on September 9, 2019. According to the Social Security Procedural Order (Docket No. 5), Plaintiff's motion for summary judgment was due within 28 days of service of the answer, or by October 7, 2019. As of the date of this order, nothing has been filed. By November 7, 2019, Plaintiff shall file (1) a letter explaining why he did not file his motion on time, and (2) a copy of his proposed motion (although the court ultimately may decide not to accept the late filed motion). If Plaintiff fails to file these two documents by November 7, 2019, the complaint may be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 30, 2019



_____
Donna M. Ryu
United States Magistrate Judge